# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2009

137652 (58)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID KIRCHER,
     Defendant-Appellant.

_____

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137652
COA: 275215
Washtenaw CC: 05-001189-FH

On order of the Chief Justice, the motion by plaintiff-appellee for extension to March 13, 2009 of the time for filing their supplemental brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2009

_____
Clerk